IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 18 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| RICHARD EARL ALLEN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN TERRY O'BRIEN,<br><br>Respondent. | Case No. 7:09CV00208<br><br>**FINAL ORDER**<br><br>By: Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED** without prejudice; and this action is stricken from the active docket of the court.

ENTER: This 18th day of June, 2009.

/s/ Glen E. Conrad
United States District Judge